**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: BOBBIE J. EARNEST                                         Case Number: 04-73575
8417 GARRISON ROAD                     SSN-xxx-xx-2187
WONDER LAKE, IL  60097

                                                                 Case filed on:      7/15/2004
                                                                 Plan Confirmed on:  9/24/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $7,164.60          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | BOBBIE J. EARNEST | 0.00 | 0.00 | 177.60 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 177.60 | 0.00 |
| 001 | LVNV FUNDING LLC | 5,009.64 | 5,009.64 | 1,027.51 | 0.00 |
| 002 | DISCOVER FINANCIAL SERVICES | 9,414.27 | 9,414.27 | 1,930.92 | 0.00 |
| 003 | HARRIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | RETAILERS NATIONAL BANK | 4,301.60 | 4,301.60 | 882.29 | 0.00 |
| 005 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | WALMART | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 7,192.22 | 7,192.22 | 1,475.15 | 0.00 |
|  | Total Unsecured | 25,917.73 | 25,917.73 | 5,315.87 | 0.00 |
|  | Grand Total: | 27,117.73 | 27,117.73 | 6,693.47 | 0.00 |

Total Paid Claimant:      $6,693.47
Trustee Allowance:        $471.13          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   20.51            discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009            By  /s/Heather M. Fagan